IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOSE FRANCISCO AVELAR RAMOS,

     Petitioner,

         v.                              Civil Action No. 3:26-cv-112

PAMELA JO BONDI, *et al.,*

     Respondents.

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Court GRANTS

Petitioner Jose Francisco Avelar Ramos' Amended Petition.  (ECF No. 6.)

Respondents are ORDERED to provide Mr. Avelar Ramos with a bond hearing in front

of an Immigration Judge pursuant to 8 U.S.C. § 1226(a).  The Court ORDERS that the

Immigration Court provide Mr. Avelar Ramos with a bond hearing prior to any hearing on the

merits of his removal, and no later than three (3) days from the date of entry of this Order.

The Court further ORDERS that at that hearing, Respondents SHALL bear the burden of

showing that Petitioner is a danger or a flight risk by clear and convincing evidence.

Respondents are ENJOINED from denying bond to Mr. Avelar Ramos on the basis that

he is detained pursuant to 8 U.S.C. § 1225(b)(2).

Respondents are ORDERED to file a status report with this Court within three (3) days

after Mr. Avelar Ramos' bond hearing and prior to any hearing on the merits, stating whether

Mr. Avelar Ramos has been granted bond, and, if his request for bond was denied, the reason for

that denial. Simply stating that Mr. Avelar Ramos' request for bond was denied because he was deemed a "flight risk" or a "danger to the community," without more, is insufficient.

In the event that Mr. Avelar Ramos is released on bond, Respondents are ENJOINED from rearresting Mr. Avelar Ramos, unless he has committed a new violation of any federal, state, or local law, or has failed to attend any properly noticed immigration or court hearing or is subject to detention pursuant to a final order of removal.

Should Mr. Avelar Ramos be released on bond, Respondents are FURTHER ENJOINED from invoking the automatic stay provision at 8 C.F.R. § 1003.19(i)(2).[1]

It is SO ORDERED.

Date: 3/4/26
Richmond, Virginia

/s/
M. Hannah Lauck
Chief United States District Judge

---

[1] Courts in this District have found that "the automatic stay provision imposed in immigration cases constitutes an unequivocal violation of due process." *Hasan v. Crawford*, 800 F. Supp. 3d 641, 661 (E.D. Va. 2025)